UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :     INDICTMENT
                                 :
         - v. -                  :     21 Cr.    186
                                 :
ANTHONY VEGA,                    :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - -  X

## COUNT ONE

### (Possession of Child Pornography)

The Grand Jury charges:

1.    From at least in or about May 2020, up to and
including in or about August 2020, in the Southern District of
New York and elsewhere, ANTHONY VEGA, the defendant, knowingly
possessed and accessed with intent to view, and attempted to
possess and access with intent to view, a book, magazine,
periodical, film, videotape, computer disk, and other material
that contained an image of child pornography that had been
mailed, and shipped and transported using a means and facility
of interstate and foreign commerce and in and affecting
interstate and foreign commerce by any means, including by
computer, and that was produced using materials that had been
mailed, shipped and transported in and affecting interstate and
foreign commerce by any means, including by computer, to wit,
VEGA possessed images of child pornography, including images and

videos of prepubescent minors who had not attained 12 years of age, in his home in Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

## COUNT TWO

### (Receipt and Distribution of Child Pornography)

The Grand Jury further charges:

2.    From at least in or about May 2020, up to and including at least in or about July 2020, in the Southern District of New York and elsewhere, ANTHONY VEGA, the defendant, knowingly received and distributed and attempted to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, VEGA received and distributed images of child pornography, including images and videos of prepubescent minors who had not attained 12 years of age, using cellphone messaging applications, among other means.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

2

## FORFEITURE ALLEGATION

3.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, ANTHONY VEGA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses, and any and all property, real and personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section  853(p) and Title 28, United States

3

Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable

property.

> (Title 18, United States Code, Section 2253;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY VEGA,

Defendant.

### INDICTMENT

21 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B), (b)(2),
(a)(2)(B), (b)(1), and 2.)

AUDREY STRAUSS
United States Attorney

Foreperson