UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

ANTHONY VEGA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

21 Cr. 186 (PJO)

J. PAUL OETKEN, District Judge:

      WHEREAS, Anthony Vega, the Defendant, has been indicted in this matter and the Court has scheduled an arraignment and an initial appearance for March 30, 2021;

      WHEREAS, the Government has requested that the Court exclude time under the Speedy Trial Act, Title 18, United States Code, Section 3161 between today's date and the date of the next proceeding in this case on March 30, 2021;

      WHEREAS, the Government represents that such an exclusion is in the interest of justice because it would allow the parties to negotiate a protective order, would permit the Government to produce and defense counsel to review discovery, and would give the parties time to discuss possible pre-trial disposition of this case;

      WHEREAS, the Government represents that counsel for the Defendant consents to the requested exclusion;

      IT IS ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the exclusion requested by the Government outweigh the best interests of the public and the defendant in a speedy trial, because the exclusion will allow the parties to

negotiate a protective order, will permit the Government to produce and defense counsel to review discovery, and will give the parties time to discuss possible pre-trial disposition of this case;

       IT IS FURTHER ORDERED that the Government's motion for an exclusion of time is GRANTED and time is excluded pursuant to 18, U.S.C. § 3161(h)(7)(A) from today's date until March 30, 2021.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

March 22, 2021
Date