# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2022

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New
York 40 Foley Square
New York, New York 10007

Re:   *United States v. Anthony Vega*, 21 Cr. 186 (JPO)

Dear Judge Oetken:

    I write on consent (Assistant U.S. Attorney Brandon Harper) to respectfully request that the Court adjourn the conference currently scheduled for May 20, 2022 for a period of around 45 days. The adjournment will allow additional time for our office to complete our mitigation submission to the Government, and for the Government to review that submission.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

    Thank you for your consideration of this request.

> Granted. The May 20, 2022 pretrial conference is adjourned to July 6, 2022, at 10:30 am. The Court hereby excludes time through July 6, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> May 18, 2022

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

_____
J. PAUL OETKEN
United States District Judge